**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

No. 06-6714

—————————

GEOFFREY R. PAYNE,

Petitioner - Appellant,

versus

COLIE RUSHTON, Warden of the McCormick
Correctional Institution; JON OZMINT, Director
of the South Carolina Department of
Corrections; HENRY MCMASTER, Attorney General
of South Carolina,

Respondents - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Terry L. Wooten, District Judge.
(2:04-cv-23351-TLW)

—————————

Submitted: August 31, 2006          Decided: September 7, 2006

—————————

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Geoffrey R. Payne, Appellant Pro Se.  William Edgar Salter, III,
OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South
Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Geoffrey R. Payne seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing as untimely his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Payne has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED